UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kenneth Pinkela,<br><br>                      Plaintiff,<br><br>      -against-<br><br>Lloyd J. Austin III et al.,<br><br>                    Defendants. | 24-CV-7853 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      For the reasons stated at the conference held on January 21, 2025, the parties are ordered to submit a joint letter by **January 24, 2025** that either 1) indicates they consent to transfer to a proper venue or 2) explains why venue is proper in the Southern District of New York.

      SO ORDERED.

Dated: January 21, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge