UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Pinkela,

                Plaintiff,

       -against-

Pete Hegseth et al.,

                Defendants.

24-CV-7853 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

It appears that there is no schedule for discovery and summary judgment in this case. On or before January 26, 2026, the parties after meeting and conferring should propose a schedule for this case using the Court's standard case-management plan form, or propose an alternative path forward for this case.

SO ORDERED.

Dated: January 20, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge