UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kenneth Pinkela,<br><br>                          Plaintiff,<br><br>          -against-<br><br>United States Department of Defense et al.,<br><br>                          Defendants. | 24-CV-7853 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   Defendants should respond to plaintiffs' motion for discovery at Dkt. 54 by May 27, 2026. The parties should also jointly file a letter by that date indicating whether they have been following the schedule proposed at Dkt. 49, or if a new schedule is needed (if so, the parties should jointly propose one).


          SO ORDERED.

Dated: May 19, 2026
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge