

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

June 8, 2026

**BY ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 60.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 12, 2026

Re:   *Pinkela v. Hegseth et al.*, No. 24 Civ. 7853 (AS)

Dear Judge Subramanian:

This Office represents the defendants (the "Government") in the above-referenced matter, in which plaintiff Kenneth Pinkela ("Plaintiff") challenges aspects of his military court martial. I write to request pursuant to Rule 11 of Your Honor's Individual Practices in Civil Cases to request permission to file one document under seal temporarily.

In response to Plaintiff's motion to correct and supplement the administrative record, the Govenrment plans to file an agency declaration that attaches several exhibits. One of those exhibits is a collection of medical and laboratory records that were submitted by Plaintiff to the Army Board for the Correction of Medical Records. The Government respectfully requests permission to file this exhibit under seal temporarily to give Plaintiff the opportunity to review it and determine whether he wishes to request that it be permanently sealed in light of the fact that it contains his medical information. The Government has conferred with counsel for Plaintiff who consents to this request.

I thank the Court for its consideration of this submission.

2

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Counsel for Defendants*

By:   */s/ Jennifer Jude*
      JENNIFER JUDE
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone:  (212) 637-2663
      jennifer.jude@usdoj.gov

cc: Plaintiff's counsel (by ECF)